Carolyn HOLCOMB, Respondent,

v.

ITASCA MEDICAL CENTER, and Ace USA, Relators,

and

Lakewalk Surgery Center, Intervenor.

No. C7–02–1980.

Supreme Court of Minnesota.

Jan. 29, 2003.

Hon. William R. Pederson, Workers' Compensation Court of Appeals.

Robin D. Simpson, Aafedt, Forde, Gray & Monson, Minneapolis, MN, for Relators.

Martin T. Montilino, Borkon, Ramstead, Mariani, Fishman & Carp, Ltd., Minneapolis, MN, for Respondent Employee.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 16, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $600 in attorney fees.

BY THE COURT:

/s/ Alan C. Page

Associate Justice